surrendered (*People ex rel. Higley* v. *Millspaw,* 281 N. Y. 441, 447; *People ex rel. Fong* v. *Honeck,* 253 N. Y. 536, and cases therein cited). Ughetta, Acting P. J., Christ, Brennan, Rabin and Hopkins, JJ., concur.

MURRAY ROSEN et al., Appellants, v. COLUMBIA SAVINGS AND LOAN ASSOCIATION, Respondent.—

No opinion. Ughetta, Acting P. J., Christ, Brennan, Rabin and Hopkins, JJ., concur. [29 Misc 2d 329.]

CELIA SHEDLER, Respondent, v. BENJAMIN SHEDLER, Appellant.—

No opinion. Beldock, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur. [32 Misc 2d 290.]

LAWRENCE SILVERMAN, an Infant, by His Mother, FRANCES SILVERMAN, et al., Respondents, v. BOARD OF EDUCATION OF THE CITY OF NEW YORK, Appellant, et al., Defendant.—

(Cf. *Ferraro* v. *Board of Educ. of City of N. Y.,* 14 A D 2d 815.) Appeal from the judgment of the Municipal Court entered upon the order of affirmance of the Appellate Term, dismissed; no appeal lies to this court from such judgment (*Shuffian* v. *Garfola,* 9 A D 2d 910). Beldock, P. J., Christ, Hill, Rabin and Hopkins, JJ., concur. [28 Misc 2d 20.]

## (February 21, 1962)

In the Matter of the PORT OF NEW YORK AUTHORITY, Respondent, Relative to Acquiring Title to Real Property in the Borough of Brooklyn. MANHATTAN FELTING MILLS, INC., Appellant.— Motion by claimant Manhattan Felting Mills, Inc., to compel the Port Authority to accept service of its notice of appeal as timely served. Motion granted. Beldock, P. J., Kleinfeld, Brennan, Hill and Rabin, JJ., concur.

(A) FANNIE ABRAMSON, Respondent, v. KENWOOD LABORATORIES, INC., et al., Appellants. (B) ANITA EISENBERG et al., Respondents, v. DAVID EISEN-